Same case below, 363 Fed. Appx. 398.

**No. 09-11049. Sherman P. Hawkins, Petitioner v. Montana Board of Pardons, et al.**

562 U.S. 860, 131 S. Ct. 135, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 6071.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 356 Mont. 548, 228 P.3d 451.

**No. 09-11053. Joseph Perry Mikell, Petitioner v. Stephen Benton, Warden.**

562 U.S. 860, 131 S. Ct. 135, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 6293.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-11055. John Douglas Mitchell, Petitioner v. Orange County, Texas, et al.**

562 U.S. 860, 131 S. Ct. 135, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 5954.

October 4, 2010. Petition for writ of certiorari of the Court of Appeals of Texas, Ninth District, denied.

**No. 09-11057. Joe Thomas Bell, Petitioner v. District Court of Oklahoma, Oklahoma County, et al.**

562 U.S. 860, 131 S. Ct. 135, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 6267.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 09-11058. Michael Apelt, Petitioner v. Arizona.**

562 U.S. 860, 131 S. Ct. 135, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 6134.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Arizona, Pinal County, denied.

**No. 09-11062. Richard F. Mills, Petitioner v. New York.**

562 U.S. 860, 131 S. Ct. 136, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 5865,

October 4, 2010. Petition for writ of certiorari to the County Court of New York, Genesee County, denied.

**No. 09-11063. Robert Juarbe, Petitioner v. Burl Cain, Warden.**

562 U.S. 860, 131 S. Ct. 136, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 6250.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11065. Neng Por Yang, Petitioner v. City of Shakopee, Minnesota, et al.**

562 U.S. 860, 131 S. Ct. 136, 178 L. Ed. 2d 82, 2010 U.S. LEXIS 5859.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.